## IN THE UNITED STATES DISTRICT COURT FOR THE

## WESTERN DISTRICT OF OKLAHOMA

**FILED**

SEP 22 2021

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA
BY_____ DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | No. CR 21-246 PRW |
| **-vs-** | ) | |
| | ) | |
| **JERMAINE LUCAS PORTILLO,** | ) | **Violations:** 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(d) |
| **Defendant.** | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| | ) | |

## I N D I C T M E N T

The Federal Grand Jury charges:

### COUNT 1
### (Felon in Possession of a Firearm)

On or about August 15, 2021, within the Western District of Oklahoma,

---------------------------**JERMAINE LUCAS PORTILLO,** -------------------------------

with knowledge that he had been previously convicted of a crime punishable by a term of

imprisonment exceeding one year, knowingly possessed a firearm, to wit: a Taurus, model

PT 1111 G2C, 9mm pistol, bearing serial number ABN333673, which was in and affecting

interstate commerce in that said firearm had previously traveled from another state to reach

the state of Oklahoma.

All in violation of Title 18, United States Code, Section 922(g)(1), the penalty for

which is found at Title 18, United States Code, Section 924(a)(2).

## FORFEITURE

The allegations contained in this Indictment are hereby re-alleged and incorporated for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1 of this Indictment, **JERMAINE LUCAS PORTILLO** shall forfeit to the United States any and all firearms and ammunition involved in the commission of the offense.

The property subject to forfeiture includes, but is not limited to:

1. Taurus, model PT 1111 G2C, 9mm pistol bearing serial number ABN333673; and

2. any and all magazines and ammunition not otherwise specified.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
Acting United States Attorney

DANIEL GRIDLEY, JR.
Assistant United States Attorney