# UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __OKLAHOMA__

UNITED STATES OF AMERICA

V.

JERMAINE LUCAS PORTILLO

__USM CUSTODY__

Type of Case

☐ CIVIL     ☒ CRIMINAL

**NOTICE OF HEARING**

CASE NUMBER: CR-21-246-PRW

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| William J. Holloway, Jr. United States Courthouse<br>200 N. W. 4th Street<br>Oklahoma City, Oklahoma 73102 | Courtroom No. 201 |
| | DATE AND TIME |
| | Thursday, September 30th, 2021 at 1:15 P.M. |

TYPE OF PROCEEDING

DETENTION HEARING

TAKE NOTICE that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED DATE AND TIME |
|---|---|---|
| William J. Holloway, Jr. United States Courthouse<br>200 N.W. 4th Street<br>Oklahoma City, OK 73102 | . | |

GARY M PURCELL
U.S. MAGISTRATE JUDGE

September 27, 2021
DATE

s/Carrie James
(BY) DEPUTY CLERK